# Court of Appeals
# of the State of Georgia

ATLANTA,  November 15, 2017

*The Court of Appeals hereby passes the following order:*

**A18A0449.  ALUNDA MITCHELL v. EXTRA SPACE STORAGE.**

 Alunda Mitchell sued Extra Space Storage in magistrate court.  Following an adverse ruling, Mitchell appealed to superior court, which dismissed her appeal. Mitchell then filed this direct appeal.  We lack jurisdiction.

 Because the order at issue disposes of a de novo appeal from a magistrate court decision, Mitchell was required to follow the discretionary appeal procedures.  See OCGA § 5-6-35 (a) (1); *English v. Delbridge*, 216 Ga. App. 366, 367 (454 SE2d 175) (1995).  Mitchell's failure to do so deprives us of jurisdiction over this appeal. Accordingly, this appeal is hereby DISMISSED.



*Court of Appeals of the State of Georgia*
  *Clerk's Office, Atlanta,  11/15/2017*
  *I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*
   *Witness my signature and the seal of said court hereto affixed the day and year last above written.*

_____ *, Clerk.*